DOROTHY E. MACKENZIE et al., Copartners Doing Business under the Name of M. & R. PRODUCTS COMPANY, Appellants, v. GENERAL FINANCE CORPORATION et al., Respondents.—

Plaintiffs are entitled to particulars as to defendants' cost of manufacture because loss of profits constitutes special damages under the circumstances in the case at bar. (*Parsons* v. *Sutton,* 66 N. Y. 92; *Roberts* v. *Safety Buggy Co.,* 1 App. Div. 74.) Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.